Exhibit #1(A)

In The Circuit Court Of Mobile County, Civil Division Alabama

Affidavit In Support Of Civil Action:

My name is John Richardson, and the contents of this affidavit are true and correct, and that I am legally over the age of 21, and gives this affidavit willingly.

I am very much aware of the facts that involve Judge Herman Young Thomas and some of the young drug dealers that he does favors for, in return for homosexual favors. Me and Kerry Lee Williams use to be hanging out, and Judge Thomas use to always come on the block and pick him up constantly. When I questioned Kerry about why Judge Thomas would come pick him up off the block all the time, he told me that as long as he plays the sex game with Judge Thomas, he wouldn't have to worry about staying in jail. When Kerry was on probation, he caught a Robbery case, Judge Thomas told him that he was only going to get one (1) year, and he did and was on probation.

And then there was Marcus Cobb, he was bragging about how he had 15 years, and that Judge Thomas was going to change his sentence. He said, that as long as he spent time with Judge Thomas when he asked for it, that he could go to jail and get out anytime they locked him up. And I know for a fact that Judge Thomas would come down to the Metro Jail and order the officers to let them go, I have been down at the Jail with them. There has even been times when Judge Thomas has even picked up Kerry to go to his house, saying that they were having dinner together.

Exhibit #1(A)

Exhibit # 16)

If the court would check the Mobile County Metro Jail record it will show that Judge Thomas has got Michael York out of Jail so many times, even when he was on Probation. I knew that (Mike-Mike), Michael York was involved in other homo sexual acts with men, but when he told me that he was having an affair with Judge Herman Young Thomas, I knew why Judge Thomas kept getting him out of Jail so much.

When I use to be in the Mobile County Metro Jail, it was sad to hear the young dope dealers out of Toulminville and Prichard saying that they were going to take a paddling on their butt's from Judge Thomas to be released. They would call Judge Thomas at his home like this was just something to do, but he would come just as they said he would. Judge Thomas has displayed a disgrace to the Public people, the very society that he gave an oath to protect and uphold justice, to and for. I am a young man that has been jailed in The Mobile County Metro Jail, but would never allow my dignity or intergrity to be disgraced in a homo-sexual act for freedom from Jail. This court only has to check the records of the Mobile County Metro Jail, and the Truth will come to light.

Respectfully Submitted,

John Richardson

_____
Notary Public

Sworn And Suscribed before me this 26 day of November 2002

08/07/04
_____
My Commission Expires

Exhibit # 16)

Exhibit #2(a)

County Of Mobile ;

State Of Alabama ;

### Civil Division Of Mobile County Circuit Court, Alabama;

The herein facts stated within this affidavit, are events that took place, and is explained to the best of my knowledge of what actually occured. I am legally over the age of 21, and gives this information freely and truthfully.

My name is **Gary Blunt,** and I am very much acquainted with **Herman Young Thomas** from family contact, and also being a member of the **Utopia Social Club.** His wife is a friend to my mother and sister, but i've never discussed the problem that her husband has. **Herman Young Thomas** has propersitioned me about having sexual activity with him on several ocassions, because he knew that I was on probation from New York. He always told me that I would need his help in the long run, and it would be good to have him in my corner. I tried to explain to him that I did'nt indulge in that type activity of homosexuality, so at some point, he became angry with me. He's went so far as to release me from jail on one day, and arrest me in Court the next day. To humiliate me, he made me come to Court on (5) different times for a Revocation hearing, and said he would make sure that I went to Prison. He didn't lie, **Herman Young Thomas** sent me to prison, I pray this madman gets some help for his addiction for men.

Exhibit # 2(a)

Exhibit #26)

_____  ;
Notary Public

Respectfully Submitted

_____  ;

Sworn And Subscribed before me this 10th day of October 2002 ;

Nov 7, 2003
_____  ;
My Commission Expires

Exhibit #26)

*Exhibit #3(A)*

In The Circuit Court Of Mobile County, Alabama

Civil Division Court

State Of Alabama;
County Of Mobile;

### Sworn Affidavit:

I swear or affirm, that the foregoing is true and correct, to the best of my knowledge, and I am legally over the age of 21, and gives this testimony willingly;

My name is Nathaniel Agee, and gives my knowledge of how the actions of Judge Herman Young Thomas has inflicted burden and humiliation in my Life. Herman Young Thomas and I started off going fishing together, hanging out together, he would even drop by my house early some morning, and say he wanted to talk. He gave me money when I was in Jail, and even got me out of Jail when I promised that we could spend time together.

After a while, Judge Heramn Young Thomas starting coming by my home at early hours in the morning, but when he found out my children were there he started to become angry because we could'nt be alone with each other. I tried to explain to Judge Thomas that it was alright to be friends and hang out, but i'm not into sexual relationships with a man. We'll I happen to go to Jail because some Prichard Police had taken some money from me and some other fellows, saying that it was dope money.

*Exhibit #2(A)*

When Judge Thomas found out that I was going to testify against Officers Lt. James Stallworth, Detective Freddrick Pippens, Sgt John Stucky, Anthony Diaz, Derek Gillis and Nathan McDuffy, he told me not to do so, because they were friends of his. After I talked to an F.B.I. Agent about these Officers actions, I decided that I was going to go ahead and testify against them.

I did testify against the Officers, and when Judge Thomas found out about it, he told me that I would be going to prison, so get ready. He said that it was no need to worry about getting a Lawyer, because he was going to sentence me the way that he wanted, and that he did. I know of other guys that Judge Thomas does favors for, to get a favor back in court, and he has not just started these favors for drug dealers. He also has friends that will take care of things for him, i've been with him on a few of these events. Judge Thomas takes advantage of young men lives with his power of the court, and it's hard to get around him if you're on his docket. This affidavit is true and correct, and my sworn testimony before the Court Of Law.

_____  
Notary Public

Respectfully Submitted;

_____  
Nathaniel Agee Jr

Sworn And Subscribed before me this ___30th___ day of __November__ 2002

___Nov. 7, 2003___  
My Commission Expires

Exhibit #36)

In The Circuit Court Of Mobile County, Alabama Civil Division

Michael Dewayne Anderson, et.Al.,

Plaintiff

Vs.                                   Civil Action No # CV-02-3877

Herman Young Thomas, et.Al.,

Respondents,

Affidavit In Support Of Civil Action:

My name is Michael Dewayne Anderson, and has complete knowledge of the contents of this affidavit, and is over the leagl age of 21 and gives this affidavit in support of my Civil Action in this cause..

I have known Herman Young Thomas for many years, dating back to 1988 and 1989, when he did various little favors for two (2) local dope dealers, Noble Bip Beasley and Al Starks. I went to prison in 1989, my father died while I was in prison, and Herman Young Thomas helped my sister Gloria Harris (Ex Deputy Sheriff) to help arrange for me to come to the funeral. After the funeral, Thomas told me to contact him when I came home from prison, and he would help me out. I was released in 1994 from prison, and did contact Thomas but his help was to get involved in a homo-sexual act with him.

When I refused Judge Thomas offer of being involved in a Homo-sexual relationship, he advised me that if trouble came he could help, but if I refused him, he could make it hard for me and judge Thomas has made it hard from District Court to the Circuit Court

Exhibit #4(a)

*Exhibit #46)*

and Mobile County Circuit Court has been advised of his action, and has done nothing to correct it. I have made my complaint known to the following people and places;

(1) State Of Alabama Ethics Commission (January 1,2001)
(2) Judicial Inquiry Commission (January 1,2001)
(3) State Of Alabama Ethics Commission (January 4,2001)
(4) Civil Action To Judge Robert G. Kendall (CV-01-540 February 15,2001)
(5) Habeas Corpus (February 27,2001)
(6) Writ Of Mandamus-Cv-01-540 (March 7,2001)
(7) Writ Of Mandamus- CC-96-1980.62 (March 7,2001)
(8) Circuit Court Personal Letter To Judge Thomas (March 9,2001)
(9) Circuit Court Personal Letter To Judge Kendall (March 1,2001)
(10) Dismissal Of Civil Action By Judge Kendall CV-01-966 (March 22,2001)
(11) Dismissal Of Civil Action By Judge Kendall CV-01-967 (March 22,2001)
(12) Writ Of Mandamus Filed On Judge Thomas (CC-96-1980.63)(March 24,2001)
(13) Civil Appeals Court CV-01-966,967 (April 17,2001)
(14) Writ Of Mandamus CV-01-966,967 (April 20,2001)
(15) Order From Mobile Circuit Court CV_01-966,967 (April 25,2001)
(16) Order From Court Of Criminal Appeals CV-01-966,967 (May 9,2001)
(17) Dismissal Order Court Of Criminal Appeals (CV-01-540)(May 8,2001)
(18) Dismissal Order Court Of Criminal Appeals CV-01-540 (May 9,2001)
(19) Transferred To Supreme Court Of Alabama CV-01-966,967) May 22 2001)
(20) Notice Of Appearance Of Attorney For Herman Young Thomas (Case No # 1001479(May 25,2001)
(21) Notice To Channel (10) News (Case No. CC-96-1980.62.63 (June 7,2001)
(22) Supreme Court Of Alabama (CV_01-966,967-App.Ct. No.# 2000821)
(23) Supreme Court Brief Of Writ Of Mandamus CV-01-966,967(10001479) (June 16,2001)
(24) Supreme Court Brief CV-01-966,967(July 26,2001)
(25) Letter To Supreme Court Of Alabama Sending Mail Wrong Address CV-01-966,967(July 2,2001)
(26) Petitioner's Reply Brief Supreme Court CV-01-966,967,10001479 (July 31,2001)
(27) Submitted On Petitions, Supreme Court Of Alabama CV-01-966,967, 10001479 (August 6,2001)
(28) Denial Of Writ Of Mandamus Supreme Court Of Alabama CV-01-966,967 (October 5,2001)
(29) Notice Of Appeal To Supreme Court Of Alabama CV-01-966,967( October 18,2001)

Therefore, the Court Of Civil Appeals,Court Of Criminal Appeals Supreme Court Of Alabama, Judicial Inquiry Commission, The Ethic's

*Exhibit #46)*

Exhibit # 4(c)

Commission or the Bar Association, can say that they were not aware that these charges have not been presented to their office before now. All these people are not just making up things to say about this same Judge Thomas, but this Court has failed to investigate the events and occurances of this situation.

If it takes the News Stations, News-Papers, or any way that I have to, make sure that Justice is served on Judge Thomas. If the Federal Bereau Of Investigations has to come in and get the records to prove this case, that will have to be done. I have his dirt while he was a District Attorney.

Also I know that he was given his first BMW-Car as a favor from his sister's Big Time Dope Dealer BoyFriend, Al Starks, for a favor when he was a District Attorney. Maybe he can explain why he always let's Linda Walker's Son, Erskin Walker, go free from charges, or for the favors that she does for him at the shoulder's, her half-way house. Or how about his little dope dealer friend Shevy Hawkins, who has gotten away with a pat on the hand on each dope deal that he's been arrested on.

This Judge has a pattern, and this court and Mobile County Metro Jail is in Conspiracy with Judge Thomas. But Justice will catch up with this situation in the end.

_____;
Notary Public

Respectfully Submitted,

_____;

Sworn and Subscribed Before me this ___27TH___ day of ___November___ 2002

___Nov 7 2003_____;
My Commission Expires

Exhibit # 4(c)