## In The District Court Of Mobile County, Alabama

State Of Alabama:
County Of Mobile:

### Affidavit To Support Complaint By Michael D. Anderson

I hereby certify that the contents of this Affidavit is true and correct, to the best of my knowledge, under the penalty of perjury, and I am over the legal age of 21, and gives this affidavit willingly:

My name is Michael D. Anderson, and has been subjected to the intimidations of Herman Young Thomas homo-sexual desires for his personal gain, and has had the opportunity to come face to face with obstruction of justice from the hand of Herman Thomas. I've presented these inflictions of injustice to the State Ethic's Commission, Judicial Inquiry Commission, Civil Courts Of Appeal, Court Of Criminal Appeals, Supreme Court Of Alabama and various individuals, but the cries for equality and justice has given a deaf ear to Anderson's situation. Now, other individuals has come forth with supporting affidavits of their abuse from Herman Young Thomas, to show these obstructions of justice, see Exhibits - 1, 2, 3 and 4, as attached exhibits. Complainant gives this affidavit in support of the complaint, asking this office to arrest Herman Young Thomas, and set a day for trial to hear the facts of this case.

_Richard B. [signature]_
Notary Public

Respectfully Submitted,
_Michael W. Anderson_

Sworn and Subscribed before me this 27th day of November 2002:

Nov 7, 2003
My Commission Expires

Exhibit - B(1)

Exhibit-B(2)

## Certificate Of Service

I hereby certify that a copy of the foregoing has been served on all interested parties by placing a copy of the same in the United States Mail, postage prepaid and properly addressed to the following:

District Attorney, John Tyson Jr.
Mobile Government Plaza
205 Government Street
Mobile, Alabama-36644-2927

Office Of The Attorney General
11 South Union Street
Montgomery, Alabama-36130

Special Agent, John N. Frank
U.S. Department Of Justice
Civil Rights Division, Criminal Section
P.O. Box 66018
Washington, D.C. 20035-6018

Federal Bureau Of Investigation
William R. Imfeld, Special Agent
One St. Louis Centre
One St. Louis Street
Mobile, Alabama-36602

Mobile Register, Jean Lakeman Helms (Staff Reporter)
401 North Water Street
P.O. Box 2488
Mobile, Alabama-36653

Respectfully Submitted,
Michael W. Anderson

Done this day of November 29, 2002;

Exhibit-B(2)